## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| S.P. TRUCKING LLC, | ) | Case No. 21-11576-BFK |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### ORDER FOR DEBTOR TO APPEAR AND SHOW CAUSE WHY
### CASE SHOULD NOT BE DISMISSED WITH PREJUDICE

On September 14, 2021, the Debtor filed a Voluntary Petition under Chapter 11 with this Court. Docket No. 1. The Voluntary Petition indicates that the Debtor is a corporate debtor however, the Voluntary Petition was not signed or filed by an attorney permitted to appear under LBR 2090-1. Pursuant to Local Bankruptcy Rule 9010-1, corporations and limited liability companies are required to have representation by counsel before this Court. The Court notes this is the Debtor's fourth bankruptcy case since 2018, all filed under Chapter 11 and without representation by counsel.  It is, therefore

**ORDERED**:

1.  The Court will hold a hearing on **Tuesday, October 5, 2021 at 11:00 a.m.** for the Debtor to show cause, if any, why this case should not be dismissed with prejudice for lack of counsel for a corporate entity. **The Debtor's representative must be present at this hearing.**

2.  The hearing will be held remotely via the Court's Zoom for Government (ZoomGov) program. Parties must e-mail a completed registration request form (available at https://www.vaeb.uscourts.gov/wordpress/?wpfb_dl=871) to EDVABK-ZOOM-Judge_Kenney@vaeb.uscourts.gov in accordance with Judge Kenney's procedures for appearing by ZoomGov. This program requires pre-registration that should be completed two (2) business

days prior to the hearing date.

      3.      The Clerk will mail copies of this Order, or will provide counsel with cm-ecf notice of its entry, to the parties below.

Date: Sep 15 2021

/s/ Brian F Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: September 15, 2021

<u>Copies to</u>:

S.P. Trucking LLC
7140 Taylor Road
Falls Church, VA 22043
*Chapter 11 Debtor*

Samuel Palomino
7140 Taylor Road
Falls Church, VA 22043
*Debtor Representative*

United States Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314