# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division

**TO:**

S. P. Trucking LLC
7140 Taylor Road
Falls Church, VA 22043

**In re:**  S. P. Trucking LLC

**Case Number**   21−11576−BFK
**Chapter**   11

## YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:

*1* − Chapter 11 Voluntary Petition Non−Individual [Fee Not Paid] Filed by S. P. Trucking LLC. (Glenn, Jillinda)

## VOLUNTARY PETITION/AMENDMENT OR CONVERSION OF PETITION, LISTS OR SCHEDULES [FRBP 1007; IR 1007; LBR 1009−1]:

___ Caption of Petition not in compliance with FRBP 1005. Social Security number or employer's tax identification number of debtor(s) incomplete or omitted. (NOTE: Only the last four digits of the SSN should appear on any <u>document</u> filed. The full SSN should only be entered electronically into ECF when the case is filed or submitted to the Court on Official Form 121.)

**x** Corporate petition not accompanied by Corporate Ownership Statement [FRBP 1007(a)(1)]*

___ Not accompanied by a properly completed Amendment Cover Sheet*.

___ Not in substantial compliance with the correct version of the Amendment Cover Sheet*.

___ Not accompanied by notice to the United States Trustee, any trustee appointed, and to any and all entities affected by the amendment*.

___ **CONVENTIONAL (PAPER) FILINGS:** Creditors added by amendment or conversion (Schedule of Unpaid Debts): not accompanied by a list of additional creditors and signed cover sheet in the format specified by Clerk's Office [See LBR 1009−1(B)(1) or LBR 1017−1(A)(1)].

___ **ELECTRONIC (ECF) FILINGS:** Additional creditor(s) not added via Creditor Maintenance upon filing of Schedule of Unpaid Debts/Amended Schedules

___

*\*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   September 15, 2021

CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Lilian Palacios, Deputy Clerk
Direct Dial Telephone No. 703−258−1217

[igvolpplvOct18.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                            Case No. 21-11576-BFK

S. P. Trucking LLC                                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: palaciosl | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 15, 2021 | Form ID: ivolpl17 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

**Recip ID              Recipient Name and Address**
db                      +  S. P. Trucking LLC, 7140 Taylor Road, Falls Church, VA 22043-1146

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:**

**Name                        Email Address**

John P. Fitzgerald, III
                              ustpregion04.ax.ecf@usdoj.gov

TOTAL: 1